```
     FILED          RECEIVED
     ENTERED        SERVED ON
            COUNSEL/PARTIES OF RECORD

          FEB 2 5 2015

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                        DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  JAMES E. KELLER
   Assistant United States Attorney
3  100 West Liberty Street, Suite 600
   Reno, Nevada 89501
4  (775) 784-5438

5             UNITED STATES DISTRICT COURT

6                 DISTRICT OF NEVADA

                                           3:15-cr-00022-MMD-WGC

7  UNITED STATES OF AMERICA,           Case No.

8             Plaintiff,                UNITED STATES' MOTION TO SEAL
                                        INDICTMENT
9       v.

10 SERGIO DAVID PEREZ,
        also known as DAVID PEREZ,
11      also known as SERGIO PEREZ,

12            Defendant.

13

14      The government hereby moves the Court for an order sealing this Motion and Order, and the

15 Indictment returned by the Grand Jury on February 25, 2015.  The Order to Seal is requested as

16 disclosure of the Indictment could undermine the safety of the confidential informant as well as the

17 ongoing investigation led by the investigators of the Drug Enforcement Administration as to drug

18 trafficking activity by associates of this defendant.

19      DATED this 25th day of February, 2015.

20                                      Respectfully submitted,

21                                      DANIEL G. BOGDEN
                                        United States Attorney
22

23                                      _____
                                        JAMES E. KELLER
24                                      Assistant United States Attorney

                                1

# ORDER

Based upon the foregoing request, the Court hereby ORDERS that this Motion and Order, and the Indictment shall be filed and kept under seal by the Clerk of the Court until further order of the Court, except that the employees of the United States Attorney's Office or Drug Enforcement Administration may obtain copies.

DATED this 25th day of February, 2015.

_____
WILLIAM G. COBB
United States Magistrate Judge